# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

Robert P. Young, Jr.,
Chief Justice

145237 & (55)(59)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                               SC: 145237
                                                                COA: 301765
                                                                Kent CC: 10-005943-FH

JOHN M. MUSSER,
            Defendant-Appellant.

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether statements in a recording of a police interview of a criminal defendant that vouch for the credibility of a witness, which would be inadmissible if stated by a trial witness, must be redacted from the recording before the jury views it; or (2) if the jury is allowed to see such a recording without redacting the vouching statements, what circumstances must be present and what, if any, protective measures must be in place.

The Prosecuting Attorneys Association of Michigan, the Criminal Defense Attorneys of Michigan, and the Criminal Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012 _____              _____
                                                            Clerk

s0919